1  Kit James Gardner (161736)
   **LAW OFFICES OF KIT J. GARDNER**
2  501 West Broadway, Suite 800
   San Diego, CA  92101
3  Telephone:  (619) 525-9900
   Facsimile:(619) 374-2241
4
   Attorney for Defendant
5  JPMorgan Chase Bank, N.A.

6

7

8
                    **UNITED STATED DISTRICT COURT**
9
                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

11  BARBARA MANU, an individual,           Case No.  **'19CV0592 DMS MDD**

12         Plaintiff,                      **NOTICE OF REMOVAL OF ACTION**

13         v.
                                           **UNDER 28 U.S.C. § 1441(B) DIVERSITY**
14  JP MORGAN CHASE BANK, N.A., a
    national banking association,
15
           Defendant.
16

17

18

19

20

21         TO THE CLERK OF THE ABOVE-ENTITLED COURT:

22         PLEASE TAKE NOTICE that Defendant JP Morgan Chase Bank, N.A.

23  ("Defendant") hereby removes to this Court the state court action described below.

24         1.     On March 4, 2019, an action was commenced in the Superior Court of

25  the State of California in and for the County of San Diego entitled Barbara Manu v.

26  JPMorgan Chase Bank, Case No. 37-2019-11492-CU-BC-CTL.  A copy of the

27  complaint is attached hereto as Exhibit "A".

28

                                        1
                                 NOTICE OF REMOVAL

2.	The complaint bears a filing date of March 4, 2019.  No summons was served with the complaint.  However, insofar as the complaint was filed on March 4, 2019 and could not be served any sooner than that date, removal to this Court is timely.

3.	This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs since the complaint alleges $100,000 in general damages.

4.	Complete diversity of citizenship exists.  Plaintiff Barbara Manu is a citizen of the State of California.  Chase is a citizen of Ohio in that it is a National Bank, chartered with the Office of the Comptroller of the Currency, with its principal place of business located at 1111 Polaris Parkway, Columbus, Ohio.  *See Wachovia Bank v. Schmidt*, 546 U.S. 303 (2006) (holding that a national bank is a citizen of the State in which its main office, as set forth in its articles of association, is located).  Defendant JPMorgan Chase Bank, N.A is the only defendant named in the Plaintiff's complaint and believed to be the only Defendant served with summons and complaint in this action.

LAW OFFICES OF KIT J. GARDNER

Dated: April 1, 2019		By:  /s/ Kit J. Gardner
				Kit James Gardner
				Attorney for JPMorgan Chase Bank, N.A.