UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MANU,<br><br>                      Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE BANK,<br><br>                      Defendant. | Case No.: 19cv592 DMS (MDD)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) DISMISSING CASE** |

On March 4, 2019, Plaintiff Barbara Manu, proceeding *pro se*, filed a Complaint against Defendant J.P. Morgan Chase Bank in San Diego Superior Court alleging a claim for breach of contract. On April 1, 2019, Defendant removed the case to this Court.

On June 26, 2019, Magistrate Judge Mitchell D. Dembin issued an Order To Show Cause why Plaintiff should not be sanctioned for failing to appear at the Early Neutral Evaluation conference. Pursuant to that Order, Plaintiff was to file a written response on or before July 15, 2019. Plaintiff failed to do so, and she failed to appear for the Order to Show Cause hearing on July 26, 2019. After that hearing, the Magistrate Judge entered a minute order indicating he would be filing a report and recommendation ("R&R") recommending the case be dismissed with prejudice. That Report and Recommendation ("R&R") issued on October 1, 2019. Plaintiff did not file an objection to the R&R, and the time for doing so has expired.

This Court, having reviewed de novo the Magistrate Judge's R&R, adopts the Magistrate Judge's recommendation that this case be dismissed, but dismisses the case without prejudice rather than with prejudice. The Clerk of Court shall enter judgment accordingly and terminate this case.

**IT IS SO ORDERED**.

Dated: November 13, 2019

Hon. Dana M. Sabraw
United States District Judge